UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON                                             **DATE:** MARCH 28, 2024

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** MEGAN MCKAY-SOULE

**TITLE OF CASE:**                                              **DOCKET # 3:23-CR-417-1 (ZNQ)**
UNITED STATES OF AMERICA
         vs.
ALEC DONOVAN
         DEFENDANT PRESENT

**APPEARANCES:**
Michelle Goldman, AUSA and Eric Suggs, AUSA for Government
Nikole Pezzullo, Esq. for Defendant
Laura Kellogg, U.S. Probation

**NATURE OF PROCEEDINGS:** SENTENCING
Imprisonment: 87 months.
Supervised Release for a term of 30 years, with special conditions.
Fine: Waived.
JTVA Assessment: $5,000.00
AVAA Assessment: $5,000.00
Special Assessment: $100.00.
Restitution hearing date is set for **June 25, 2024, at 12:00 PM**
Defendant advised of right of appeal.
Defendant continued on previous conditions of bail.

Time Commenced:  2:29 PM
Time Adjourned:  3:15 PM
Total Time:       44 mins.

                                                           s/ Kimberly Stillman
                                                           **DEPUTY CLERK**